# THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MATTHEW GLEN BRILL, *et al.*,                    :

    Plaintiffs,                                  :    3:25-CV-2393
                                                 :    (JUDGE MARIANI)
        v.                                       :    (Chief Magistrate Judge Bloom)
                                                 :
SHAWN CRONER, *et al.*,                          :
                                                 :
    Defendants.                                  :

## ORDER

AND NOW, THIS _____ DAY OF MARCH, 2026, upon review of Chief

Magistrate Judge Daryl Bloom's Report and Recommendation ("R&R") (Doc. 8) for clear

error or manifest injustice,[1] **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 8) is **ADOPTED** for the reasons set forth therein.

2. Plaintiffs' Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE.**

---

[1] If a party timely and properly files a written objection to a Magistrate Judge's Report and Recommendation, the District Court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); *see also, Brown v. Astrue*, 649 F.3d 193, 195 (3d Cir. 2011); M.D. Pa. Local Rule 72.3. Here, following the issuance of the R&R, Brill filed several documents which arguably attempt to expand the factual allegations which he may believe support his claims in this action (*see* Docs. 9, 10). Nonetheless, Plaintiff's filings are insufficient to rise to the level of one or more Objections to the R&R. Brill's filings do not reference the R&R, nor do they set forth any statement or assertion which would alter the correctness of the pending R&R or affect this Court's review of the R&R. The Court thus need not engage in a *de novo* analysis. Nonetheless, upon review of the relevant documents, even if this Court applied a *de novo* review, the result would be the same.

3.  Plaintiffs may file an Amended Complaint within **21 days** of the date of this

    Order.  Failure to file an Amended Complaint may result in the dismissal of the

    above-captioned action.

Robert D. Mariani
United States District Judge